**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Munene,<br><br>   Plaintiff,<br><br>v.<br><br>Kevin K McAleenan, et al.,<br><br>   Defendants. | No. CV-19-00220-TUC-RM (JR)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for an Expedited Trial. (Doc. 145.) In the Motion, Plaintiff complains of the length of time that this litigation has been pending and the extensions of time that have been granted at Defendant's request. (*Id.*) He requests that the Court set a confirmed, expedited trial date to ensure this litigation proceeds without further delay. (*Id.*) In response, Defendant argues that much of the delay in resolution of this case is attributable to lengthy stays occasioned by Plaintiff's military service, that this case does not present any urgent issues requiring expedited processing, and that setting an expedited trial while Defendant's summary judgment motion is pending would be wasteful and prejudicial. (Doc. 150.) In reply, Plaintiff argues that he continues to suffer humiliation and embarrassment as a result of the alleged Title VII violations at issue in this litigation, and that only an expedited trial will "suffice to cure the hardship, humiliation, and embarrassment that Defendant has caused on Plaintiff." (Doc. 152.)

Defendant's Motion for Summary Judgment (Doc. 126) remains pending. The

parties' joint proposed pretrial order will be due within 30 days of resolution of the Motion for Summary Judgment. (Doc. 91.) Once the parties file their joint proposed pretrial order, the Court will hold a pretrial conference for purposes of scheduling a firm trial date. Plaintiff has not shown that the nature of this litigation warrants departure from the Court's standard procedures. The Court is cognizant of the length of time that this litigation has been pending, and the parties are advised to avoid unnecessary delay. However, Plaintiff's Motion for an Expedited Trial will be denied.

**IT IS ORDERED** that Plaintiff's Motion for an Expedited Trial (Doc. 145) is **denied**. The above-captioned case remains referred to Magistrate Judge Jacqueline M. Rateau for all pretrial proceedings and report and recommendation.

Dated this 30th day of May, 2024.

_____
Honorable Rosemary Márquez
United States District Judge